# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2431
_____

ANTHONY HOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.

December 1, 2023

PER CURIAM.

DISMISSED.

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Anthony Hood, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.